# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FRANKIE OVIES (2)

Defendant.

Case No. 17CR1191

JUDGMENT OF DISMISSAL

FILED

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

_X_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__ the Court has dismissed the case for unnecessary delay; or

__ the Court has granted the motion of the Government for dismissal, without prejudice; or

__ the Court has granted the motion of the defendant for a judgment of acquittal; or
__ a jury has been waived, and the Court has found the defendant not guilty; or

__ the jury has returned its verdict, finding the defendant not guilty;

_x_ of the offense(s) as charged in the Indictment/Information:

8:1324(a)(1)(A)(ii),(v)(II),(a)(1)(B)(i) - Transportation of certain aliens for financial gain and aiding and abetting

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Date: 7/10/2017

Hon. Larry Alan Burns
United States District Judge